NOT FOR PUBLICATION                                                            CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORI BIANCO, | Civil Action No.: 11-2402 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| ELMWOOD PARK POLICE DEPARTMENT, | |
| Defendant. | |

This matter having come before the Court by way of a Complaint submitted by Plaintiff on April 27, 2011; and it appearing that Plaintiff has not prepaid the $350 filing fee; and it appearing that while Plaintiff has submitted a non-prisoner application to proceed in forma pauperis, such application is incomplete, as Plaintiff has failed to make entries in numerous fields, including fields in Questions 3 and 4; and it further appearing that Plaintiff has filed six other Complaints with this Court that appear to be factually related to the instant Complaint, see Civil Action Nos. 11-1986, 11-2400, 11-2401, 11-2403, 11-2404, 11-2500;

IT IS on this 27th day of June, 2011,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is DENIED; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee. Plaintiff may seek to have this case reopened by either filing a complete in forma pauperis application or paying the $350 filing fee. Plaintiff is

further encouraged to consider filing her related claims as a single civil action.

**IT IS SO ORDERED.**

    /s/ Jose L. Linares
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE